## AMERICAN CYANAMID CO. v. WILSON & TOOMER FERTILIZER CO.

### No. 5949.

Circuit Court of Appeals, Fifth Circuit.
Sept. 25, 1931.

See, also, 51 F.(2d) 665.

Stafford Caldwell, of Jacksonville, Fla., and John W. Davis and Charles Caldwell, both of New York City, for appellant.

George C. Bedell, Robt. R. Milam, and A. Y. Milam, all of Jacksonville, Fla., and E. T. McIlvaine, of Miami, Fla., for appellee.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The appellee, having joined in the stipulation stating the portions of the record to be included in the record on appeal, is not in position to claim that any part of it should not have been included.

The motion to retax the costs upon the record is denied.